UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ABEL M. BROWN, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>ERBA DIAGNOSTICS, INC., MOHAN GOPALKRISHNAN, ERNESINA SCALA, SANJIV SURI, and PRAKASH PATEL,<br><br>Defendants. | No.: 1:15-cv-24425-CMA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| NGHIEM TRAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>ERBA DIAGNOSTICS, INC., MOHAN GOPALKRISHNAN, ERNESINA SCALA, SANJIV SURI, and PRAKASH PATEL,<br><br>Defendants. | No.: 1:15-cv-24440-MGC |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**WHEREAS**, no defendant in the above-captioned action, *Brown v. ERBA Diagnostics, Inc. et al.*, 1:15-cv-24425-CMA, brought before the United States District Court for the Southern District of Florida, has served an answer or a motion for summary judgment;

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Abel M. Brown, Jr. hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated:   February 9, 2016

          **POMERANTZ LLP**

          */s/ Jayne A. Goldstein*
Jayne A. Goldstein (Florida Bar No.: 144088)
1792 Bell Tower Lane, Suite 203
Weston, Florida 33326
Telephone:  (954) 315-3454
Facsimile:  (954) 315-3455
Email:  jagoldstein@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  jalieberman@pomlaw.com
       ahood@pomlaw.com
       mgorrie@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:  (312) 377-1184
Email:  pdahlstrom@pomlaw.com

***Attorneys for Plaintiff***