UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24425-CIV-ALTONAGA/O'Sullivan

**ABEL M. BROWN, JR.**, individually and
on behalf of all others similarly situated,

    Plaintiff(s),
vs.

**ERBA DIAGNOSTICS, INC.**, *et al.*,

    Defendants.
_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** came before the Court upon Plaintiff, Abel Brown, Jr.'s Notice of Voluntary Dismissal Without Prejudice [ECF No. 12], filed February 9, 2016. The Court being fully advised, it is

**ORDERED AND ADJUDGED** that this matter is dismissed without prejudice. Each party shall bear its own fees and costs. The Clerk shall **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of February, 2016.

                                                _____
                                                **CECILIA M. ALTONAGA**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record